

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Suzanna Publicker
*Assistant Corporation Counsel*
spublick@law.nyc.gov
(212) 788-1103
(212) 788-9776 (fax)

June 27, 2011

**BY FAX (212) 805-6304**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference is adjourned to 08/03/11 at 3:45pm in Courtroom 20-C.
SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
28 JUN 2011

Re: Raszel Sampson v. City of New York, et al.,
11 CV 0328 (PAC) (KNF)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendant City of New York ("City") in the above-referenced matter. Defendant City writes with the consent of plaintiff's counsel, Darius Wadia, to respectfully request that the Court adjourn the status conference currently scheduled for July 12, 2011 at 4:00 p.m., to a date and time convenient to the Court after July 25, 2011.

This request is occasioned by the fact that the undersigned is presently scheduled to begin trial in the matter of Marcia Rafter v. Fleet Boston, et al., 04 Civ. 3341(JSR)(KNF), before the Honorable Jed S. Rakoff on July 6, 2011. The parties anticipate that the trial will last approximately three days, however, it may very well continue through the week of July 11, 2011.

Based on the foregoing, defendant City respectfully requests that the presently scheduled conference be adjourned to a date and time convenient to the Court after July 25, 2011.[1]



MEMO ENDORSED

---

[1] In order to assist the Court with scheduling, please be advised that the undersigned will be attending a week long continuing education course during the week of July 18, 2011, and therefore, will be unavailable.

Thank you for your consideration in this regard.

Respectfully submitted,

Suzanna Publicker (SP 1005)
Assistant Corporation Counsel

cc: Darius Wadia, Esq. (By Fax)
*Attorney for Plaintiff*
233 Broadway, Suite 2208
New York, New York 10279